UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No. 16-17228-LMI
    CARLOS DELGADO                                  Chapter 7
    SS# XXX-XX-3215

    Debtor.
_____/

    MARCIA T. DUNN, TRUSTEE,

    Plaintiff,                                          Adv. No. _____

v.

    CARLOS DELGADO,

    Defendant.
_____/

### AFFIDAVIT OF NO FUNDS IN THE ESTATE

STATE OF FLORIDA              )
COUNTY OF MIAMI-DADE          )   ss:

    COMES NOW Marcia T. Dunn, in her capacity as Chapter 7 Trustee of the above-captioned case, being duly sworn, does hereby affirm as follows:

1. As of the date of the *Complaint*, which is being filed contemporaneously with this Affidavit, there are no funds in the Estate.
2. As of the date of this Affidavit, there are no funds in the estate. When funds become available to the Trustee in the estate, all filing fees due to the Clerk of Courts will be paid.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Marcia T. Dunn, Chapter 7 Trustee

    SWORN TO AND SUBSCRIBED before me this 14TH day of April, 2017. The Affiant is personally known to me and did take an oath.

_____
Notary Public

My Commission Expires:

ALEXANDRA CASTRO
Notary Public - State of Florida
Commission # FF 227485
My Comm. Expires Aug 7, 2019
Bonded through National Notary Assn.