

**ORDERED in the Southern District of Florida on August 18, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 16-17228-LMI |
|     CARLOS DELGADO, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| MARCIA T. DUNN, Chapter 7 Trustee, | Adv. No. 17-01157-LMI |
|     Plaintiff, | |
| v. | |
| CARLOS DELGADO, | |
|     Defendant. | |
| _____/ | |

## FINAL JUDGMENT

In conformity with this Court's Order Granting Plaintiff, Chapter 7 Trustee Marcia T. Dunn's ("Plaintiff") Motion for Entry of Default Final Judgment against Defendant, CARLOS DELGADO (hereinafter, the "Defendant"), entered simultaneously herewith, and finding that the

Court has jurisdiction over the parties and the subject matter, and pursuant to Fed.R.Bankr.P. 7058, the Court does hereby

**ORDER and ADJUDGE** that:

1. Final Judgment is herein entered in favor of the Plaintiff, MARCIA T. DUNN, as Chapter 7 Trustee of the bankruptcy estate of Carlos Delgado, (whose address is: 555 N.E. 15th Street, Suite 934-A, Miami, Florida 33132), as to Counts I, II, III and IV of Plaintiff's Complaint, and against the following Defendant:

   a) CARLOS DELGADO (last known mailing address is: PO Box 133830, Hialeah, Florida 33013; and last known physical address is: 50 E. 61 Street, Hialeah, Florida 33013).

2. Debtor, CARLOS DELGADO's discharge in the main bankruptcy case No. 16-17228-LMI, is hereby **DENIED**.

3. The Court retains jurisdiction to modify, supplement, amend, enforce and implement the terms and provisions of this Final Judgment, and enter further orders and decrees as are proper.

#    #    #

Submitted by:

Michael P. Dunn, Esq.
DUNN LAW, P.A.
*Counsel for Plaintiff, Marcia T. Dunn, Trustee*
555 Northeast 15th Street, Suite 934-A
Miami, Florida  33132-1451
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com